**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re:<br><br>GOLDENPEAKS POLAND HOLDING LIMITED, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-90564 (ARP)<br><br>(Jointly Administered) |

**EMERGENCY *EX PARTE* APPLICATION
FOR ENTRY OF AN ORDER AUTHORIZING
THE EMPLOYMENT AND RETENTION OF KROLL RESTRUCTURING
ADMINISTRATION LLC AS CLAIMS, NOTICING, AND SOLICITATION AGENT**

> **Emergency relief has been requested.  Relief is requested not later than May 31, 2026.**
>
> **If you object to the relief requested or you believe that emergency consideration is not warranted, you must appear at the hearing if one is set, or file a written response prior to the date that relief is requested in the preceding paragraph. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

The Debtors file this emergency *ex parte* application to employ a claims, noticing, and solicitation agent (the "Application"):

**Relief Requested**

1.      The Debtors seek entry of an order authorizing the Debtors to employ Kroll Restructuring Administration LLC ("Agent") as claims, noticing, and solicitation agent in accordance with the terms and conditions set forth in the engagement letter dated May 27, 2026 (the "Engagement Letter"), attached hereto as **Exhibit A**.  The Application is supported by the *Declaration of Benjamin J. Steele in Support of Debtors' Emergency* Ex Parte *Application for*

---

[1]    A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Goldenpeaks. The location of Debtor Goldenpeaks Poland LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 801 Louisiana Street, Suite 368, Houston, TX 77002

*Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent*, attached hereto as **Exhibit B** (the "Declaration").

2.    Emergency consideration of this Application is requested to effectuate the Debtors' transition into bankruptcy and to immediately begin providing effective notice of pleadings and orders to interested parties.

## Jurisdiction and Venue

3.    The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this Application pursuant to 28 U.S.C. § 1334.

4.    This is a core proceeding pursuant to 28 U.S.C. § 157(b).

5.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Request to Employ Agent

6.    The Debtors request approval to employ Agent to serve as Claims and Noticing Agent in their chapter 11 cases to provide the services outlined in the Engagement Letter.  The Debtors believe that Agent's employment is in the best interest of the estates.

7.    The Agent's rates are competitive and reasonable.  The Agent has the expertise required in a complex chapter 11 case.

8.    The Debtors respectfully request this Court to authorize Agent's employment.

9.    Prior to the Petition Date, the Debtors provided Agent an advance in the amount of $25,000.00. Agent will apply these funds in accordance with the Engagement Letter.

## Compensation

10.    The Debtors request that Agent's fees and expenses be paid as an administrative expense in the ordinary course of the Debtors' businesses without further application or order of the Court.  Should a dispute develop, the matter will be brought to the Court for resolution.  Agent

4931-9455-0960.4 31827.00002

agrees to maintain records of all services showing dates, categories of services, fees charged, and expenses incurred.

11.     Agent will provide a monthly invoice to the Debtors, Debtors' counsel, the Office of the United States Trustee for the Southern District of Texas (the "U.S. Trustee"), counsel for any official committee, and any party in interest who specifically requests service of the monthly invoices.

## Indemnification

12.     The Debtors have agreed to indemnify the Agent as set forth in the Engagement Letter.  Notwithstanding anything to the contrary, the Agent will not be indemnified for liability arising out of gross negligence, willful misconduct, and certain other matters identified in the proposed order.

## Disinterestedness

13.     Agent has reviewed its conflicts system to determine whether it has any relationships with the Debtors' creditors and parties in interest. Except as disclosed in the Declaration, Agent represents that it neither holds nor represents any interest materially adverse to the Debtors' estates in connection with any matter on which it would be employed.  To the best of the Debtors' knowledge, Agent is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.  Agent agrees that it will supplement its disclosure to the Court if any facts or circumstances are discovered that would require such additional disclosure.

4931-9455-0960.4 31827.00002

The Debtors respectfully request that the Court grant the relief requested in this Application.

Dated: May 30, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Benjamin L. Wallen*

Michael D. Warner (SBT 00792304)
Maxim B. Litvak (SBT 24002482)
Steven W. Golden (SBT 24099681)
Benjamin L. Wallen (SBT 24102623)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com
bwallen@pszjlaw.com

-and-

Richard M. Pachulski (to be admitted *pro hac vice*)
Debra I. Grassgreen (to be admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on May 30, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Benjamin L. Wallen*

Benjamin L. Wallen

4931-9455-0960.4 31827.00002