**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>GOLDENPEAKS POLAND HOLDING LIMITED, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-90564 (ARP)<br><br>Jointly Administered |

**DEBTORS' INITIAL STATEMENT AND STATUS REPORT**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") provide this initial statement and status report to the Court and parties in interest in these cases:

1.      The Debtors and their non-Debtor subsidiaries are an independent renewable energy power producer in Eastern Europe and the largest owner of utility-scale solar photovoltaic assets in Poland.  The Debtors are currently part of a larger group of companies that own and operate a renewable energy platform that includes integration of project development and engineering, financing and structuring, supply chain management, construction and commissioning, asset operations, and commercial and energy sales, among others, where all services have been historically provided by the wider group.  The Debtors expect to separate from the larger group in the coming days, including transitioning their governance and operational functions away from that group.

2.      The Debtors filed these cases urgently in the United States to avail themselves of the reorganization options available under chapter 11.[2]  Moreover, the Debtors have the support of

---

[1]      A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Goldenpeaks. The location of Debtor Goldenpeaks Poland LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 801 Louisiana Street, Suite 368, Houston, TX 77002.

[2]      The Debtors are in the process of drafting a suite of customary first day motions.

1

their ultimate equity holders, prepetition top-level secured lenders, and contemplated debtor-in-possession lenders, all of which are affiliates of Brookfield Corporation ("Brookfield").[3]  In parallel with these Chapter 11 cases, the Debtors have engaged asset management and other contractors on an outsourcing basis to step into, and transition operations that can no longer be provided by the Debtors' former affiliates, thereby preserving value and ensuring continued operation of critical platform assets.

3.      The Debtors primarily consist of (a) a top-level holding company, GoldenPeaks Poland Holding Limited, a Maltese company ("HoldCo"); (b) secondary-level project holding companies, each of which is a Maltese company (collectively, the "MidCos") and a subsidiary of HoldCo; and (c) project-level operating companies, each of which is a Polish company (collectively, the "OpCos"), directly or indirectly owned by a MidCo.  The OpCos also own certain special purpose entities that hold certain assets and are not Debtors in these cases.  The Debtors have secured debt at every level.  One of the Debtors is Goldenpeaks Poland LLC, a Texas limited liability company, which holds certain assets in this state.  The decision to utilize Chapter 11 and this jurisdiction reflects the Debtors' considered judgment that the reorganization tools available here, including debtor-in-possession financing, the automatic stay, and the ability to effectuate a multi-jurisdiction process, are not available under other insolvency regimes and are essential to achieving a successful restructuring outcome here.

4.      The Debtors face imminent liquidity constraints and require the breathing space of the automatic stay to continue operations, implement outsourcing arrangements, and pursue a value-maximizing restructuring.  The applicable Debtors are currently finalizing the terms of a

---

[3]     Prior to the petition date, Brookfield funded approximately €8.5 million to keep the Debtors operational.  No other stakeholders were willing or able to provide the liquidity necessary to avoid the risk of an immediate operational shutdown.

debtor-in-possession financing facility with affiliates of Brookfield that will be junior to the existing lenders at the OpCos and will provide the Debtors with the opportunity to utilize the breathing space of the automatic stay to craft a value-maximizing sale transaction and/or chapter 11 plan and exit bankruptcy within three to four months.  The Debtors' objective is to preserve and maximize the value of the Debtors' estates for the benefit of all stakeholders, which will require substantial additional capital to be provided to the OpCos by affiliates of Brookfield.  Such financing is not available under the bankruptcy schemes in place under either the laws of Malta or Poland.  Therefore, the Debtors have come before this Court seeking to obtain urgently needed financing and reorganize their affairs in an orderly manner under U.S. bankruptcy law.

5.      The Debtors anticipate filing their first day motions in the coming days and scheduling a first day hearing shortly thereafter.

*[signature page follows]*

Dated: May 30, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Maxim B. Litvak*

Michael D. Warner (SBT 00792304)
Maxim B. Litvak (SBT 24002482)
Steven W. Golden (SBT 24099681)
Benjamin L. Wallen (SBT 24102623)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com
bwallen@pszjlaw.com

-and-

Richard M. Pachulski (to be admitted *pro hac vice*)
Debra I. Grassgreen (to be admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

4

**Certificate of Service**

I certify that on May 30, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Maxim B. Litvak
Maxim B. Litvak