UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 26-90564 (ARP) |
|---|---|---|---|
| Debtor | In Re:    GoldenPeaks Poland Holding Limited, et al. | | |

This lawyer, who is admitted to the State Bars of _____New York_____

| | |
|---|---|
| Name | John A. Morris |
| Firm | Pachulski Stang Ziehl & Jones LLP |
| Street | 1700 Broadway, 36th Floor |
| City & Zip Code | New York, NY 10019 |
| Telephone | 212.561.7700 |
| Licensed: State & Number | NY 59442405397897 |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| GoldenPeaks Poland Holding Limited, et al. | |
| Dated:  June 5, 2026 | Signed: */s/ John A. Morris* |

COURT USE ONLY: The applicant's state bar reports their status as:_____.

| | |
|---|---|
| Dated: | Signed: _____ |
| | Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                                United States Bankruptcy Judge

4915-5992-5427.1 31827.00003