**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>GOLDENPEAKS POLAND HOLDING LIMITED, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-90564 (ARP)<br><br>(Jointly Administered) |

**STIPULATION AND AGREED ORDER DISMISSING DEBTORS' EMERGENCY
MOTION WITH PREJUDICE**
(Related Docket No. 63)

This stipulation and agreed order (the "Stipulation") is made and entered into by and between GoldenPeaks Poland Holding Limited and its affiliated debtors in the above-referenced bankruptcy cases (collectively, the "Debtors"), on the one hand, and Spectris Energy sp. z.o.o. ("Spectris Energy"), MJ Foundation Fundacja Rodzinna ("MJ Foundation"), White & Case LLP ("White & Case"), Grzegorz Abram, Tomasz Loose, and Lukasz Wojciak (collectively, the "Individual Respondents" and, together with MJ Foundation and White & Case, the "Respondents" and, together with Debtors, the "Parties"), on the other hand.

**RECITALS**

**WHEREAS**, on June 4, 2026, the Debtors filed the *Emergency Motion for (A) Entry of an Order to Appear and Show Cause Against (1) Spectris Energy sp. z.o.o., (2) MJ Foundation Fundacja Rodzinna, (3) White & Case LLP, (4) Grzegorz Abram, (5) Tomasz Loose, and (6) Lukasz Wojciak, and (b) the Imposition of Compensatory and Coercive Sanctions for Violating the Automatic Stay* [Dkt. 63] (the "Emergency Motion");

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/GoldenPeaks. The location of Debtor Goldenpeaks Poland LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 801 Louisiana Street, Suite 368, Houston, TX 77002.

**WHEREAS**, on June 5, the Debtors filed the *Declaration of Jaimin Allen, Restructuring Advisor to the Debtors, in Support of the Debtors' Emergency Motion for (A) Entry of an Order to Appear and Show Cause Against Certain Parties and (B) the Imposition of Compensatory and Coercive Sanctions for Violating the Automatic Stay* [Dkt. 64] (the "Declaration");

**WHEREAS**, the Respondents, among other things, (a) dispute the allegations contained in the Emergency Motion and Declaration, (b) deny that they have violated the Automatic Stay, and (c) contend that there is no basis to impose compensatory or coercive sanctions;

**WHEREAS**, the Parties have engaged in good faith, arms' length negotiations to resolve the issues raised in the Emergency Motion;

**WHEREAS**, as a result of the Parties' good faith negotiations, Spectris Energy has executed and delivered to the Debtors the letter attached hereto as **Exhibit A** (the "Access Letter"); and

**WHEREAS**, notwithstanding the execution of the Access Letter and their desire to resolve the issues raised in the Emergency Motion, Spectris Energy, MJ Foundation, and the Individual Respondents do not consent to the Court's jurisdiction and preserve all right to contest the Court's jurisdiction over them in the future.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1.      In exchange for the execution and delivery of the Access Letter, the Emergency Motion is withdrawn with prejudice.  The hearing currently set on the Emergency Motion for Monday, June 8, 2026 at 8:00 a.m. Central Time is hereby canceled.

2.      Notwithstanding the execution and delivery of the Access Letter, the Respondents reserve the right to contest the Court's jurisdiction over them, and the Debtors agree that they will not use the execution and delivery of the Access Letter as a basis to argue that any of the Respondents have consented to the Court's jurisdiction.

3.      This Stipulation may be executed in counterparts.  A facsimile, electronic copy, or photocopy of this Stipulation and the signatures hereto shall have the same effect and may be accepted with the same authority as if it were an original.

4.      Subject in all respects to the foregoing reservations regarding personal jurisdiction, the Parties agree that the Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Stipulation and any order related thereto.

Dated: _____, 2026

_____
ALFREDO R. PÉREZ
UNITED STATES BANKRUPTCY JUDGE

[*Remainder of Page Intentionally Left Blank*]

4936-2019-5763.4 31827.00002

**AGREED AS TO FORM AND CONTENT:**

Dated: June 7, 2026

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **WHITE & CASE LLP** |
| */s/ Benjamin L. Wallen* | */s/ Charles R. Koster* |
| Michael D. Warner (SBT 00792304) | Charles R. Koster (TX Bar No. 24128278) |
| Maxim B. Litvak (SBT 24002482) | 609 Main Street, Suite 2900 |
| Steven W. Golden (SBT 24099681) | Houston, Texas 77002 |
| Benjamin L. Wallen (SBT 24102623) | Telephone: (713) 496-9700 |
| 700 Louisiana Street, Suite 4500 | charles.koster@whitecase.com |
| Houston, TX 77002 | |
| Telephone: (713) 691-9385 | *Counsel to White & Case LLP* |
| Facsimile:  (713) 691-9407 | |
| mwarner@pszjlaw.com | |
| mlitvak@pszjlaw.com | |
| sgolden@pszjlaw.com | |
| bwallen@pszjlaw.com | |

-and-

Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors
in Possession*

## CERTIFICATE OF SERVICE

I certify that on June 7, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Benjamin L. Wallen*
Benjamin L. Wallen

4936-2019-5763.4 31827.00002

**EXHIBIT A**
*The Access Letter*

From:
Spectris Energy Sp. z o.o.
Attn: Mr Tomasz Loose

To:
GoldenPeaks Poland Holding Limited
Attn: Mr. Edward Manning
emanning@alvarezandmarsal.com

This letter is to confirm to GoldenPeaks Poland Holding Limited and its direct and indirect subsidiaries (collectively, "GPPH") and GPPH's agents, advisors, consultants, contractors, and employees (together with GPPH, the "Access Parties") that Spectris Energy sp. z.o.o. ("Spectris Energy"):

A.       grants, is not interfering with, and confirms that no further consents or authorizations are necessary (from Spectris Energy[1]) for the Access Parties' access to the key information systems, computers, and hardware belonging to GPPH, concerning GPPH, or containing GPPH's property required to sustain GPPH's day-to-day operations, including the SCADA system, SharePoint, and Optima; in the case of access to information systems, computers, and hardware belonging or concerning Spectris Energy or entities other than GPPH the access will be granted in line with the agreements binding Spectris Energy or GPPH and the relevant laws and only to the extent the requested access concerns GPPH's activity;

B.       grants, is not interfering with, and confirms that no further consents or authorizations are necessary (from Spectris Energy) for the Access Parties to obtain access to (and the ability to copy) GPPH's property, including GPPH's books and records and data;

C.       is not restricting any Access Party's access to the offices of GPPH located at Taneczna 18/budynek c, 02-829 Warszawa, Poland; and

D.       no instructions will be given to any party, including current or former employees of Spectris Energy, that contradict or in any way conflict with the foregoing.

Notwithstanding anything to the contrary in this letter, Spectris Energy undertakes no obligation to obtain access to GPPH's property or to incur any costs or expenses in connection with the obligations herein, it being understood that the Access Parties shall bear all costs relating to their access to GPPH's property.  This letter shall not constitute consent to jurisdiction of the United States Bankruptcy Court for the Southern District of Texas over Spectris Energy, its managers, or its or their non-debtor affiliates.

For the avoidance of doubt, employees and contractors of Spectris Energy are not required to obtain the prior approval of any individual, including Mr. Tomasz Loose, to communicate with any Access Parties with regard to information systems, computers, and hardware belonging to GPPH or concerning GPPH.

---

[1] For the avoidance of doubt, Spectris Energy is not guaranteeing the availability of data or services on account of nonpayment to third parties.

4919-1977-4643.3 31827.00003

This letter should not be treated in any way as an authorization for the Access Parties to act on behalf of Spectris Energy in its contacts with current or former service providers of Spectris Energy or other third parties.  For the avoidance of doubt, nothing herein prevents the Access Parties from contacting such parties on GPPH's own behalf to restore a service that has been discontinued for nonpayment provided that GPPH pays any costs associated with restoring such service.

This letter shall be governed by and construed in accordance with Polish law.

Sincerely,

*Podpisuję z Cencert*

Podpisany elektronicznie przez
Tomasz Loose
07.06.2026
22:43:44 +02'00'

_____
Tomasz Loose
on behalf of
Spectris Energy Sp. z o.o.

4919-1977-4643.3 31827.00003