**☲ DZ BANK**

United States Courts
Southern District of Texas
FILED

JUN 15 2026

Nathan Ochsner, Clerk of Court

DZ BANK AG  Platz der Republik 60325 Frankfurt am Main

The Honorable Alfredo R Perez
United States Bankruptcy Judge
United States Bankruptcy Court for the Souther District of Texas Houston Division
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002 USA

also via email to Case Manager: tyler_laws@txs.uscourts.gov

DZ BANK AG
Platz der Republik
60325 Frankfurt am Main

Postal address
60265 Frankfurt am Main

Phone   +49 69 7447-01
Telefax +49 69 7447-1685
mail@dzbank.de
www.dzbank.de

Michael Cherubim
Kredit
Restrukturierung
Phone   +49 69 7447 51192
Telefax  +49 69 427267 0596
michael.cherubim@dzbank.de

Frankfurt am Main, Juni 11, 2026
**GoldenPeaks Poland Holding Limited, et al. Chapter 11 Filing and Imposition of the Automatic Stay and Related Protections of the United States Bankruptcy Court**

**Request for Clarification Regarding the Extraterritorial Scope of Chapter 11 Protections**

Your Honor,

We are German bank and lenders to the Polish entities FOXTROT RENEWABLE ENERGY SP. Z.O.O. and GAMMA RENEWABLE ENERGY SP. Z.O.O. with assets in Poland under a facility governed by the laws of England and Wales.

We are writing to respectfully request clarification on a matter of significant importance concerning the extraterritorial application of Chapter 11 protections, particularly considering international legal principles. This clarification is crucial for international stakeholders, including DZ BANK AG, involved in the ongoing Chapter 11 process.

Richard M. Pachulski asserted in his filing that Chapter 11 "provides certain worldwide protections to the Debtors". While we acknowledge the broad intent of Chapter 11 to facilitate debtor rehabilitation, we believe it is imperative to examine the precise scope and limitations of such protections when applied beyond the territorial jurisdiction of the United States. This has so far not been performed, and we believe that this assertion is at least misleading.

Specifically, we wish to draw Your Honor's attention to Article 2(1) of the United Nations Charter. This fundamental principle of international law underscores that each sovereign state enjoys equal rights and is subject to no other state's jurisdiction without consent. Consequently, the extraterritorial reach of domestic legal frameworks, such as

Management Board:
Dr. Cornelius Riese
(Chief Executive Officer)
Stefan Beismann
Souâd Benkredda
Dr. Christian Brauckmann
Ulrike Brouzi
Johannes Koch
Michael Speth

Chairman of the Supervisory Board:
Henning Deneke-Jöhrens

DZ BANK AG
Deutsche
Zentral-Genossenschaftsbank,
Frankfurt am Main

Registered Office Frankfurt am Main
Commercial Register
Amtsgericht Frankfurt HRB 45651

VAT No. DE 114103491



Chapter 11, may not automatically supersede the sovereignty or judicial authority of other nations or their respective legal systems.

Given the potential for conflict with established principles of international law and the practical implications for us, we respectfully request guidance on the precise extent to which Chapter 11 protections are deemed to extend in relation to our exposure.

We or our Facility Agent have not been able to address this with GoldenPeaks Poland Holding Limited or its legal counsel. To the contrary, scheduled meetings were canceled at short notice and so far, our relationship to acting individuals has not been transparent on behalf of GoldenPeaks Poland Holding Limited.

We believe that obtaining such a clarification would provide needed certainty and a clear understanding, fostering a more predictable and equitable framework for us as an international creditor within these proceedings.

Thank you for your time and consideration of this matter.

Sincerely,

Murat Kaptanoglu

DZ BANK AG

Michael Cherubim

DZ BANK AG



100% RECYCLABLE

IALB
47
453431367 4
PCS:1

EDD:
COMM

**EXPRESS WORLDWIDE** | **DOX** | **DHL**

2026-06-11 MYDHL+ 1.0 / *30-0821*

From : DZ BANK AG
Wolfgang Krzok
PLATZ DER REPUBLIK

*GOGREEN* PLUS

Origin:
**FRA**

60325 FRANKFURT AM MAIN  Hesse
Germany

To : United States Bankruptcy Judge
The Honorable Alfredo R. Perez
United States Bankriptcy Court for the
Souther District, Bob Casey United States
Courthouse, 515 Rusk Avenue
**77002 HOUSTON  Texas**
**United States of America**

Contact:
The Honorable Alfredo R. Perez

# 1460 US-IAH-IAH

**ADI-GGP**

Day     Time

Ref: DOK-Kst.5592

Pce/Shpt Weight    Piece
**0,5 kg   1 / 1**

Contents: Documents - general business

Content Description
Documents, general business

Ref Code DOK — Kst.5592

**ADI**

WAYBILL 45 3431 3674

(J) JD01 4600 0126 0244 6866

(2L)U87T002+42000000

**EXPRESS WORLDWIDE   DOX   DHL**

77002 HOUSTON, UNITED STATES OF AMERICA

2026-06-11 MYDHL+ 1.0 / *30-0821*

**1460  US—IAH—IAH**

Date:
2026-06-11

Pce/Shpt Weight
./0.5 KG

Day     Time

Origin
FF

**dhl.com**

