**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **GOLDENPEAKS POLAND HOLDING LIMITED,** *et al.*, | Case No. 26-90564 (ARP) |
| | Jointly Administered |
| Debtors.[1] | |

**BEGO SECURED LENDERS' WITNESS LIST AND EXHIBIT LIST FOR HEARING
ON JUNE 30, 2026 AT 11:00 A.M. (CENTRAL TIME)**

Berenberg Alternative Assets Fund II S.A., SICAV-RAIF with its Sub-Funds Berenberg Green Energy Junior Debt Fund III and Berenberg Green Energy Debt Fund IV (collectively, the "BeGo Secured Lenders"), by and through their undersigned counsel, hereby submits the following Witness and Exhibit List (the "Witness and Exhibit List") with respect to the hearing scheduled on June 30, 2026 at 11:00 a.m. (CT) in the above-captioned bankruptcy cases (the "Chapter 11 Cases Cases") pending before the Honorable Alfredo R. Pérez.

**WITNESS LIST**

The Bego Secured Lenders may call the following witnesses:

1. Any witness listed, offered, or called by any other party.

2. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/GoldenPeaks. The location of Debtor GoldenPeaks Poland LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 801 Louisiana Street, Suite 368, Houston, TX 77002.

## EXHIBIT LIST[2]

| No. | Description | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|
| 1. | Deposition of Jame Donath, Ex. 1: Appropriation Notice (Pledge of Shares Agreement dated 27 October 2022) from Kroll Trustee Services Limited to GoldenPeaks Portfolio Holding Limited, dated April 21, 2026 | | | | |
| 2. | Deposition of Jame Donath, Ex. 2, Minutes of board meeting of GoldenPeaks Poland Holding Limited held June 1, 2026 | | | | |
| 3. | Deposition of Jame Donath, Ex. 3 Draft board materials for GoldenPeaks Poland Holding Limited board meeting, dated April 27, 2026 | | | | |
| 4. | Deposition of Jame Donath, Ex. 4: Action by written consent of the "B" Directors of GoldenPeaks Poland Holding Limited, dated May 28, 2026 | | | | |
| 5. | Deposition of Jame Donath, Ex. 5: Minutes of a meeting of the Board of Directors of GoldenPeaks Poland Holding Limited held June 1, 2026 | | | | |
| 6. | Deposition of Jame Donath, Ex. 6: Minutes of a meeting of the Special Committee of GoldenPeaks Poland Holding Limited and Affiliated Debtors held June 2, 2026 | | | | |
| 7. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned Chapter 11 Cases | | | | |
| 8. | Any exhibit introduced by any other party | | | | |
| 9. | Rebuttal or impeachment exhibits as necessary | | | | |

---

[2] The Debtors have requested that the BeGo Secured Lenders file Exhibits 1 through 6 under seal. The BeGo Secured Lenders, while reserving all rights, are contemporaneously filing these Exhibits under seal, and will promptly submit a motion to seal.

The BeGo Secured Lenders reserve the right to modify, amend or supplement this Witness and Exhibit List at any time. The BeGo Secured Lenders reserve the right to ask the Court to take judicial notice of pleadings, orders, transcripts and/or documents filed in or in connection with these Chapter 11 Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the June 30, 2026 hearing. Designation of any exhibit above does not waive any objections the BeGo Secured Lenders may have to any exhibit listed on any other party's exhibit list.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 26, 2026

Respectfully submitted,

By: */s/ Catherine E. Bratic*
Catherine E. Bratic (Texas Bar No. 24087204)
Lacy Brown (Texas Bar No. 24080906)
**HOGAN LOVELLS US LLP**
609 Main Street, Suite 4200
Houston, TX 77002
Tel.: (713) 632-1400
Fax: (713) 632-1401
catherine.bratic@hoganlovells.com
lacy.brown@hoganlovells.com

Christopher R. Bryant (*pro hac vice* forthcoming)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Tel.: (212) 918-3000
Fax: (212) 918-3100
chris.bryant@hoganlovells.com

David P. Simonds (*pro hac vice* forthcoming)
Edward J. McNeilly (*pro hac vice* forthcoming)
Allison N. Bertolozzi (*pro hac vice* forthcoming)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 785-4600
Fax: (310) 785-4601
david.simonds@hoganlovells.com
edward.mcneilly@hoganlovells.com
allison.bertolozzi@hoganlovells.com

Matthew M. Madden (*pro hac vice* forthcoming)
**HOGAN LOVELLS US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel.: (202) 637-5600
Fax: (202) 637-5910
matthew.madden@hoganlovells.com

*Counsel for the BeGo Secured Lenders*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 26, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Catherine E. Bratic*
Catherine E. Bratic