IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **GOLDENPEAKS POLAND HOLDING LIMITED,** *et al.*, | Case No. 26-90564 (ARP) |
| | Jointly Administered |
| Debtors.[1] | |

**SUPPLEMENT TO OBJECTION OF THE BEGO SECURED
LENDERS TO ENTRY OF FINAL ORDER AUTHORIZING
DEBTORS TO OBTAIN POSTPETITION FINANCING**

Berenberg Alternative Assets Fund II S.A., SICAV-RAIF with its Sub-Funds Berenberg

Green Energy Junior Debt Fund III and Berenberg Green Energy Debt Fund IV (collectively, the

"BeGo Secured Lenders"), by and through their undersigned counsel, hereby submit this supplement

(the "Supplement") to the *Objection of the BeGo Secured Lenders to Entry of Final Order*

*Authorizing Debtors to Obtain Postpetition Financing* [Dkt. No. 128], filed with this Court on June

25, 2026 (the "DIP Objection").

The DIP Objection and this Supplement relate to the *Debtors' Emergency Motion for Entry*

*of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and*

*(B) Grant Junior and Senior Liens and Superpriority Administrative Expense Claims; (II) Modifying*

*the Automatic Stay; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* (the "DIP

Motion") [Dkt. No. 24] filed by the above-captioned debtors and debtors in possession (collectively,

the "Debtors") seeking the entry of a final order authorizing the Debtors to, among other things,

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/GoldenPeaks. The location of Debtor GoldenPeaks Poland LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 801 Louisiana Street, Suite 368, Houston, TX 77002.

incur post-petition financing from Brookfield Asset Management Limited (together with its affiliates and designees, "Brookfield").

This Supplement attaches **Exhibit A** in support of the arguments made by the BeGo Secured Lenders in the DIP Objection that the proposed DIP facility is not on market economic terms and is also in rebuttal to new arguments made by the Debtors in support of the DIP Motion that were recently disclosed to the BeGo Secured Lenders.

The BeGo Secured Lenders reserve all rights, including to challenge the Court's subject-matter jurisdiction in this proceeding, personal jurisdiction over them, whether this is an appropriate and convenient forum, and whether these chapter 11 cases should be dismissed as bad-faith filings or transferred to a proper venue. The BeGo Secured Lenders further reserve all claims and defenses against Brookfield, its affiliates, and any current or former officers, directors, or fiduciaries of the Debtors arising from or relating to the insider nature of the DIP Facility, the DIP negotiation process, Brookfield's conflicting roles, and any breaches of fiduciary duty, aiding and abetting, equitable subordination, recharacterization, or related causes of action. The BeGo Secured Lenders also reserve all rights to further supplement the DIP Objection and to conduct additional discovery against the Debtors, Brookfield, or any other parties in interest in these chapter 11 cases.

Dated: June 29, 2026

Respectfully submitted,

By: /s/ Catherine E. Bratic
Catherine E. Bratic (Texas Bar No. 24087204)
Lacy Brown (Texas Bar No. 24080906)
**HOGAN LOVELLS US LLP**
609 Main Street, Suite 4200
Houston, TX 77002
Tel.: (713) 632-1400
Fax: (713) 632-1401
catherine.bratic@hoganlovells.com
lacy.brown@hoganlovells.com

David P. Simonds (*pro hac vice* forthcoming)
Edward J. McNeilly (admitted *pro hac vice*)
Allison N. Bertolozzi (*pro hac vice* forthcoming)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 785-4600
Fax: (310) 785-4601
david.simonds@hoganlovells.com
edward.mcneilly@hoganlovells.com
allison.bertolozzi@hoganlovells.com

Christopher R. Bryant (*pro hac vice* pending)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Tel.: (212) 918-3000
Fax: (212) 918-3100
chris.bryant@hoganlovells.com

Matthew M. Madden (admitted *pro hac vice*)
**HOGAN LOVELLS US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel.: (202) 637-5600
Fax: (202) 637-5910
matthew.madden@hoganlovells.com

*Counsel for the BeGo Secured Lenders*

3