## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**GOLDENPEAKS POLAND HOLDING LIMITED,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-90564 (ARP)<br><br>Jointly Administered |

### BEGO SECURED LENDERS' AMENDED WITNESS LIST AND EXHIBIT LIST FOR HEARING ON JUNE 30, 2026 AT 11:00 A.M. (CENTRAL TIME)

Berenberg Alternative Assets Fund II S.A., SICAV-RAIF with its Sub-Funds Berenberg Green Energy Junior Debt Fund III and Berenberg Green Energy Debt Fund IV (collectively, the "BeGo Secured Lenders"), by and through their undersigned counsel, hereby submits the following Amended Witness and Exhibit List (the "Amended Witness and Exhibit List")[2] with respect to the hearing scheduled on June 30, 2026 at 11:00 a.m. (CT) in the above-captioned bankruptcy cases (the "Chapter 11 Cases Cases") pending before the Honorable Alfredo R. Pérez.

### WITNESS LIST

The Bego Secured Lenders may call the following witnesses:

1. Any witness listed, offered, or called by any other party.

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/GoldenPeaks. The location of Debtor GoldenPeaks Poland LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 801 Louisiana Street, Suite 368, Houston, TX 77002.

[2] Two depositions taken by the BeGo Secured Lenders (of Ed Manning of Alvarez & Marsal and David Hilty of Houlihan Lokey) took place after the June 26, 2026 deadline to file the Witness and Exhibit List. Moreover, the transcript of the deposition of Jame Donath, one of the Debtors' directors, which took place on the morning of June 26, 2026, was not available under after that deadline. The transcript of the deposition of David Hilty is not yet available. The BeGo Secured Lenders reserve the right to further supplement this Witness and Exhibit List.

2. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any

other parties.

## EXHIBIT LIST[3]

| No. | Description | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|
| 1. | Deposition of Jame Donath, Ex. 1: Appropriation Notice (Pledge of Shares Agreement dated 27 October 2022) from Kroll Trustee Services Limited to GoldenPeaks Portfolio Holding Limited, dated April 21, 2026 | | | | |
| 2. | Deposition of Jame Donath, Ex. 2: Minutes of board meeting of GoldenPeaks Poland Holding Limited held June 1, 2026 | | | | |
| 3. | Deposition of Jame Donath, Ex. 3 Draft board materials for GoldenPeaks Poland Holding Limited board meeting, dated April 27, 2026 | | | | |
| 4. | Deposition of Jame Donath, Ex. 4: Action by written consent of the "B" Directors of GoldenPeaks Poland Holding Limited, dated May 28, 2026 | | | | |
| 5. | Deposition of Jame Donath, Ex. 5: Minutes of a meeting of the Board of Directors of GoldenPeaks Poland Holding Limited held June 1, 2026 | | | | |
| 6. | Deposition of Jame Donath, Ex. 6: Minutes of a meeting of the Special Committee of GoldenPeaks Poland Holding Limited and Affiliated Debtors held June 2, 2026 | | | | |
| 7. | Deposition of Edward Manning, Ex. 7: Declaration of Edward Manning, Restructuring Advisor to the Debtors, In Support of the Chapter 11 Petitions and First Day Relief [ECF 19] | | | | |
| 8. | Deposition of Edward Manning, Ex. 8: Asset Management Agreement between Ergy Sp. z o.o and GoldenPeaks Poland Holding Limited, dated May 13, 2026 | | | | |

---

[3] The Debtors have requested that the BeGo Secured Lenders file confidential exhibits and deposition materials under seal. The BeGo Secured Lenders, while reserving all rights, filed a sealing motion with respect to previously filed Exhibits 1 through 6 (Docket No. 145, filed Friday June 26), and are contemporaneously filing all additional exhibits, other than Exhibit 7, under seal, and will promptly submit a supplemental motion to seal.

| No. | Description | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|
| 9. | Deposition of Edward Manning, Ex. 9: E-mail chain dated May 19, 2026 | | | | |
| 10. | Deposition of Jame Donath, Ex. 10: E-mail chain with attachments, dated June 2, 2026 | | | | |
| 11. | Deposition of Jame Donath, Ex. 11: E-mail chain dated with attachment, May 28, 2026 | | | | |
| 12. | Deposition of David Hilty, Ex. 12: Houlihan Lokey Opportunity Overview slide deck for GoldenPeaks Poland Holding Limited, dated June 2026 | | | | |
| 13. | Deposition of David Hilty, Ex. 13: Houlihan Lokey DIP Outreach Tracker | | | | |
| 14. | Deposition of David Hilty, Ex. 14: E-mail chain with attachments, dated June 27, 2026 | | | | |
| 15. | Deposition of David Hilty, Ex. 15: Houlihan Lokey GoldenPeaks Poland Holding Limited Selected DIP Issuances slide deck, dated June 2026 | | | | |
| 16. | Deposition of David Hilty, Ex. 16: Houlihan Lokey Recent DIP Financings – Last Twelve Months | | | | |
| 17. | Transcript of Deposition of Jame Donath, June 26, 2026 | | | | |
| 18. | Transcript of Deposition of Edward Manning, June 27, 2026 | | | | |
| 19. | E-mail chain from Daniel Tain to Torsten Heidemann, dated May 28, 2026 | | | | |
| 20. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned Chapter 11 Cases | | | | |
| 21. | Any exhibit introduced by any other party | | | | |
| 22. | Rebuttal or impeachment exhibits as necessary | | | | |

The BeGo Secured Lenders reserve the right to modify, amend or supplement this Witness and Exhibit List at any time. The BeGo Secured Lenders reserve the right to ask the Court to take

judicial notice of pleadings, orders, transcripts and/or documents filed in or in connection with these Chapter 11 Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the June 30, 2026 hearing. Designation of any exhibit above does not waive any objections the BeGo Secured Lenders may have to any exhibit listed on any other party's exhibit list.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 29, 2026

Respectfully submitted,

By: */s/ Catherine E. Bratic*
Catherine E. Bratic (Texas Bar No. 24087204)
Lacy Brown (Texas Bar No. 24080906)
**HOGAN LOVELLS US LLP**
609 Main Street, Suite 4200
Houston, TX 77002
Tel.: (713) 632-1400
Fax: (713) 632-1401
catherine.bratic@hoganlovells.com
lacy.brown@hoganlovells.com

Christopher R. Bryant (admitted *pro hac vice*)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Tel.: (212) 918-3000
Fax: (212) 918-3100
chris.bryant@hoganlovells.com

David P. Simonds (*pro hac vice* forthcoming)
Edward J. McNeilly (admitted *pro hac vice*)
Allison N. Bertolozzi (*pro hac vice* pending)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 785-4600
Fax: (310) 785-4601
david.simonds@hoganlovells.com
edward.mcneilly@hoganlovells.com
allison.bertolozzi@hoganlovells.com

Matthew M. Madden (admitted *pro hac vice*)
**HOGAN LOVELLS US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel.: (202) 637-5600
Fax: (202) 637-5910
matthew.madden@hoganlovells.com

*Counsel for the BeGo Secured Lenders*

## **CERTIFICATE OF SERVICE**

I certify that on June 29, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Catherine E. Bratic*
Catherine E. Bratic