# Exhibit A

# Exhibit A

| **GoldenPeaks Poland Holding Limited - DIP Financing Analysis through 8/4/26** | | | |
|---|---|---|---|
| **$mm** | | | **8/4 Balance** |
| **Pre-MOIC Obligations Schedule** | | | |
| Tranche 1 New Money Funded | | $ | 111.7 |
| Tranche 1 Rollup | | | 12.1 |
| Tranche 1 OID | | | 5.9 |
| Tranche 1 Ticking Fees | | | 0.5 |
| Tranche 1 Exit Fee | | | 6.5 |
| Tranche 1 Accrued Interest | | | 2.0 |
| **Total Tranche 1 Obligations** | | $ | 138.7 |
| | | | |
| Tranche 2 New Money Funded | | $ | 32.6 |
| Tranche 2 Accrued Interest | | | 0.6 |
| **Total Tranche 2 Obligations** | | $ | 33.2 |
| | | | |
| **Est. Total DIP Obligations, (Pre-MOIC)** | [A] | $ | 171.9 |
| | | | |
| **MOIC Schedule** | | | |
| Tranche 1 New Money Funded (incl. OID) | | $ | 117.6 |
| Tranche 1 MOIC | | | *1.75x* |
| **Tranche 1 New Money Obligations** | | $ | 205.9 |
| Tranche 1 Rollup | | | 12.1 |
| Tranche 1 Fees | | | 7.0 |
| **Total Tranche 1 Obligations** | | $ | 225.0 |
| | | | |
| Tranche 2 New Money Funded | | $ | 32.6 |
| Tranche 2 MOIC | | | *1.50x* |
| **Total Tranche 2 Obligations** | | $ | 49.0 |
| | | | |
| **Total Outstanding DIP Obligations** | [B] | $ | 273.9 |
| | | | |
| **Reliance on MOIC** | | | |
| Outstanding DIP Obligations | [B] | $ | 273.9 |
| Less: Pre-MOIC Accrued Obligations | [A] | | (171.9) |
| **Total Reliance on MOIC** | | $ | 102.0 |
| | | | |
| **Reliance on MOIC as % of New Money** | | | **67.9%** |

**Footnotes**
[A]: DIP obligations due & payable on account of principal, interest and non-MOIC fees
[B]: DIP obligations due & payable on account of principal, interest and all fees (including the MOIC)