United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>GOLDENPEAKS POLAND HOLDING LIMITED, *et al.*,<br><br><br>Debtors.[1] | Civil Action No. 4:26cv05751<br><br>Bankruptcy Case No. 26-90564 |
| BERENBERG ALTERNATIVE ASSETS FUND II S.A., SICAV-RAIF WITH ITS SUB-FUNDS BERENBERG GREEN ENERGY JUNIOR DEBT FUND III AND BERENBERG GREEN ENERGY DEBT FUND IV, *et al.*,<br><br>Appellants,<br><br>v.<br><br>GOLDENPEAKS POLAND HOLDING LIMITED, *et al.*,<br><br>Appellees. | |

**ORDER GRANTING APPELLANTS BEGO SECURED LENDERS' MOTION FOR THE
COURT'S ACCEPTANCE OF SEALED DOCUMENTS PURSUANT TO BANKRUPTCY
RULE 8009(f)**

Upon consideration of the Motion of Appellants Berenberg Alternative Assets Fund II

S.A., SICAV-RAIF with its Sub-Funds Berenberg Green Energy Junior Debt Fund III and

Berenberg Green Energy Debt Fund IV (collectively, the "BeGo Secured Lenders" or

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/GoldenPeaks. The location of Debtor GoldenPeaks Poland LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 801 Louisiana Street, Suite 368, Houston, TX 77002.

"Appellants") for the Court's Acceptance of Sealed Documents Pursuant to Bankruptcy Rule 8009(f) (the "Motion"); and the Court having reviewed the Motion and determined that good cause exists for the relief requested therein; and after due consideration thereof, the Court finds that it should be **GRANTED**.

**IT IS HEREBY ORDERED THAT**:

1. Pursuant to Federal Rule of Bankruptcy Procedure 8009(f), the documents identified in the Motion that were filed under seal in the Bankruptcy Court and designated as part of the record on appeal are accepted under seal by this Court.

2. Appellants shall notify the Bankruptcy Court of the entry of this Order.

3. Upon receipt of such notice, the Clerk of the Bankruptcy Court shall promptly transmit the sealed documents to the Clerk of this Court as part of the record on appeal in accordance with Federal Rule of Bankruptcy Procedure 8009(f).

4. The sealed documents shall remain under seal in this appeal unless otherwise ordered by this Court.

It is so **ORDERED**.

SIGNED at Houston, Texas, on 8/5/26, 2026.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

2