**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>**GOLDENPEAKS POLAND HOLDING LIMITED,** *et al.*,<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-90564 (ARP)<br><br>Jointly Administered |

**BEGO SECURED LENDERS' NOTICE OF INTENT TO ADDUCE TESTIMONY
FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY**

1.       This notice is filed pursuant to BLR 9017-1(c)(2)(B) by Berenberg Alternative Assets Fund II S.A., SICAV-RAIF with its Sub-Funds Berenberg Green Energy Junior Debt Fund III and Berenberg Green Energy Debt Fund IV (collectively, the "BeGo Secured Lenders")

2.       This notice pertains to the matters scheduled for hearing or trial in this case on August 19, 2026, at 2:00 p.m. CDT.

3.       The BeGo Secured Lenders hereby give notice that they intend to call Dr. Cedric Mifsud and Mr. Piotr Zimmerman to testify at the scheduled hearing or trial by telephone and video technology.

4.       Any party-in-interest may object to this notice within three (3) days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the identified witnesses to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the Court will schedule a date

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/GoldenPeaks. The location of Debtor GoldenPeaks Poland LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 801 Louisiana Street, Suite 368, Houston, TX 77002.

for the witness's testimony to be given live in open court. Both the witness(es) and the objector must appear in person at the scheduled date.

5.   This Notice may be withdrawn at any time prior to the scheduled hearing or trial.

Dated: August 13, 2026

By: */s/ Catherine S. Bratic*
Catherine E. Bratic (Texas Bar No. 24087204)
**HOGAN LOVELLS CADWALADER US LLP**
609 Main Street, Suite 4200
Houston, TX 77002
Tel.: (713) 632-1400
Fax: (713) 632-1401
catherine.bratic@hlc.com

Christopher R. Bryant (admitted *pro hac vice*)
**HOGAN LOVELLS CADWALADER US LLP**
390 Madison Avenue
New York, NY 10017
Tel.: (212) 918-3000
Fax: (212) 918-3100
chris.bryant@hlc.com

Respectfully submitted,

David P. Simonds (admitted *pro hac vice*)
Edward J. McNeilly (admitted *pro hac vice*)
Allison N. Bertolozzi (admitted *pro hac vice*)
**HOGAN LOVELLS CADWALADER US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 785-4600
Fax: (310) 785-4601
david.simonds@hlc.com
edward.mcneilly@hlc.com
allison.bertolozzi@hlc.com

Matthew M. Madden (admitted *pro hac vice*)
Shikha Garg (admitted *pro hac vice*)
**HOGAN LOVELLS CADWALADER US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel.: (202) 637-5600
Fax: (202) 637-5910
matthew.madden@hlc.com
shikha.garg@hlc.com

*Counsel for the BeGo Secured Lenders*

2

3

**CERTIFICATE OF SERVICE**

I certify that on August 13, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

By: */s/ Catherine S. Bratic*