**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GOLDENPEAKS POLAND HOLDING LIMITED, *et al*, | Case No. 26-90564 (ARP) |
| Debtors.[1] | (Jointly Administered) |

**ORDER TO APPEAR AND SHOW CAUSE AGAINST CNBM RESEARCH INSTITUTE FOR ADVANCED GLASS MATERIALS GROUP CO., LTD.**

(Related Docket No. ______)

Upon consideration of the *Debtors' Emergency Motion for (A) Entry of an Order to Appear and Show Cause Against CNBM Research Institute for Advanced Glass Materials Group Co., Ltd., and (B) the Imposition of Compensatory and Coercive Sanctions for Violating the Automatic Stay* (the "Motion"),[2] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, and having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b), that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and that the Motion establishes good cause for the relief granted herein, it is hereby ORDERED that:

1. CNBM Research Institute for Advanced Glass Materials Group Co., Ltd. ("CNBM") shall appear before this Court on October ___, 2026 at _____ (prevailing Central Time) (the "Show Cause Hearing") and show cause why CNBM should not be held in civil contempt of court for willfully violating the automatic stay of section 362(a) of the Bankruptcy Code by applying to the Intermediate People's Court of Hefei, Anhui Province, People's Republic of China

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/GoldenPeaks. The location of Debtor Goldenpeaks Poland LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 801 Louisiana Street, Suite 368, Houston, TX 77002.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

(the "Hefei Court") for, and obtaining, the Stop-Payment Ruling dated September 17, 2026 in Case No. (2026) Wan 01 Xing Bao No. 1-1, and why the Court should not enter an order (a) directing CNBM to appear at a hearing (the "Show Cause Hearing") and show cause why it should not be held in civil contempt for violating the automatic stay, and (b) following the Show Cause Hearing, entry of an order (i) finding that CNBM willfully violated section 362(a)(1) and (a)(3) of the Bankruptcy Code; (ii) directing CNBM, within three (3) business days of entry of this Court's order, (A) to file with the Hefei Court a withdrawal of the Application and a request that the Stop-Payment Ruling be lifted, and to serve copies of those filings on Debtors' counsel; (B) to notify CCB in writing, with a copy to Debtors' counsel, that CNBM consents to CCB's payment of TRE's Demand under the Performance Bond; and (C) not to withdraw, transfer, encumber, or otherwise dissipate the RMB 40,032,664.57 bank deposit posted as security with the Hefei Court and, upon its release by the Hefei Court, to deposit the released funds into the registry of this Court pursuant to Bankruptcy Rule 7067, to be held pending this Court's determination of the Debtors' compensatory sanctions; (iii) enjoining CNBM from commencing or continuing any proceeding against any Debtor or its property outside this Court, including any guarantee-fraud litigation or arbitration under Article 16 of the Independent Guarantee Provisions; (iv) imposing coercive sanctions against CNBM in an amount to be determined by the Court, for each day after the deadline fixed by the Court should CNBM fail to complete the steps described in clauses (ii)(A) and (ii)(B), above; (v) awarding the Debtors compensatory sanctions in the amount of the damages they have incurred, including professional fees and expenses, in an amount to be established; (vi) declaring that CNBM is ineligible to serve as a member of the Committee or of the Liquidation Trust Board; and (vii) disallowing CNBM's claims against the Debtors.

2. CNBM shall file any written response to the Motion on or before October ___, 2026 at _____ (prevailing Central Time). Any such response shall state whether CNBM has commenced, or intends to commence, any litigation, arbitration, or other proceeding against Timber Renewable Energy sp. z o.o. in the People's Republic of China or elsewhere in connection with Performance Guarantee No. AHC02LG000005200.

3. Pending the Show Cause Hearing and further order of this Court, CNBM shall not commence or continue any litigation, arbitration, or other proceeding against Timber Renewable Energy sp. z o.o., any other Debtor, or their property outside this Court, including any proceeding alleging guarantee fraud in connection with Performance Guarantee No. AHC02LG000005200.

4. Failure to appear at the Show Cause Hearing may result in the Court granting the relief requested in the Motion, including the imposition of sanctions, without further notice.

5. The Debtors shall serve a copy of this Order and the Motion (a) on CNBM by email and overnight courier upon its counsel, ArentFox Schiff LLP, and by overnight courier upon CNBM at No. 1047 Tushan Road, Bengbu, Anhui, People's Republic of China, and (b) by email on the Office of the United States Trustee and counsel to the Official Committee of Unsecured Creditors, and shall file a certificate of service, by no later than October ___, 2026 at __:__ p.m. (prevailing Central Time).

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: ________________, 2026

ALFREDO R. PÉREZ
UNITED STATES BANKRUPTCY JUDGE