**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GOLDENPEAKS POLAND HOLDING LIMITED, *et al.*, | Case No. 26-90564 (ARP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF CONTINUED HEARING ON DEBTORS' EMERGENCY MOTION FOR (A) ENTRY OF AN ORDER TO APPEAR AND SHOW CAUSE AGAINST CNBM RESEARCH INSTITUTE FOR ADVANCED GLASS MATERIALS GROUP CO., LTD., AND (B) THE IMPOSITION OF COMPENSATORY AND COERCIVE SANCTIONS FOR VIOLATING THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that on October 7, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Emergency Motion for (A) Entry of an Order to Appear and Show Cause Against CNBM Research Institute for Advanced Glass Materials Group Co., Ltd., and (B) the Imposition of Compensatory and Coercive Sanctions for Violating the Automatic Stay* [Docket No. 831] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on October 12, 2026, CNBM Research Institute for Advanced Glass Materials Co., Ltd. filed their *CNBM Research Institute for Advanced Glass Materials Co., Ltd.'s Opposition to Debtors' Emergency Motion for (A) Entry of an Order to Appear and Show Cause Against CNBM Research Institute for Advanced Glass Materials Group Co., Ltd., and (B) the Imposition of Compensatory and Coercive Sanctions for Violating the Automatic Stay* [Docket No. 849].

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/GoldenPeaks. The location of Debtor GoldenPeaks Poland LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 801 Louisiana Street, Suite 368, Houston, TX 77002.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion previously scheduled for October 20, 2026, at 2:00 p.m. (Prevailing Central Time) has been continued to **October 23, 2026 at 4:00 p.m. (prevailing Central Time)** (the "Hearing") before The Honorable Alfredo R. Pérez at the United States Bankruptcy Court for the Southern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that you may only participate in the Hearing on a virtual basis via audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Pérez's homepage. The meeting code is "JudgePérez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Pérez's homepage. Select the case name, complete the required fields, and click "Submit" to complete your appearance. All documents filed in these chapter 11 cases are available free of charge by visiting https://restructuring.ra.kroll.com/GoldenPeaks. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: October 20, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Benjamin L. Wallen*
Michael D. Warner (SBT 00792304)
Maxim B. Litvak (SBT 24002482)
Steven W. Golden (SBT 24099681)
Benjamin L. Wallen (SBT 24102623)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com
bwallen@pszjlaw.com

-and-

Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
Malhar S. Pagay (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
mpagay@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Benjamin L. Wallen*
Benjamin L. Wallen