**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>GOLDENPEAKS POLAND HOLDING LIMITED, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-90564 (ARP)<br><br>(Jointly Administered) |

**MONTHLY FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 11, 2026 THROUGH NOVEMBER 10, 2026**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 369] (the "Compensation Order"), Houlihan Lokey Capital, Inc. ("Houlihan Lokey"), investment banker to the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), submits this monthly statement (this "Monthly Fee Statement") of services rendered and expenses incurred in these Chapter 11 Cases for the period from October 11, 2026 through November 10, 2026 (the "Statement Period").

**I. Services Rendered by Houlihan Lokey:**

Houlihan Lokey submits this Monthly Fee Statement requesting the allowance of Monthly Fees (defined below) earned for investment banking services rendered to the Debtors during the Statement Period in accordance with that certain engagement agreement, dated as of June 11, 2026 (the "Engagement Agreement"), a copy of which is attached as Exhibit 1 to the *Order Authorizing*

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/GoldenPeaks. The location of Debtor Goldenpeaks Poland LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 801 Louisiana Street, Suite 368, Houston, TX 77002

*the Retention and Employment of Houlihan Lokey Capital, Inc. as Investment Banker to the Debtors, Effective as of June 11, 2026* [Docket No. 477] (the "Retention Order").[2] Among other things, the Retention Order authorized the Debtors "to compensate and reimburse Houlihan Lokey pursuant to the terms of the Engagement Agreement, subject to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable orders of this Court, provided that any monthly fee statements, interim fee applications, and final fee applications filed by Houlihan Lokey shall be subject to review under section 328(a) of the Bankruptcy Code, as modified by paragraph 4 hereof." Retention Order, ¶ 4.

Under the Engagement Agreement, upon the Effective Date thereof, and on every monthly anniversary of the Effective Date during the term of the Engagement Agreement, the Debtors shall pay Houlihan Lokey in advance, a nonrefundable cash fee of $250,000 ("Monthly Fee"), subject to a fee cap as set forth in section 3 of the Engagement Agreement, plus reimbursement of reasonable and necessary out-of-pocket expenses incurred during the Statement Period.

## I. Itemization of Disbursements Incurred

Houlihan Lokey did not incur any expenses during the Statement Period. Accordingly, the amount of compensation and expenses payable for this Statement Period is **$160,046.35**, which is calculated as follows:

| | |
|---|---|
| Total Monthly Fee for Services Rendered During Statement Period | $250,000.00 |
| Less Fee Cap | ($50,000.00) |
| Twenty Percent (20%) Holdback | $40,000.00 |
| Total Fees Minus Holdback | $160,000.00 |
| Costs (100%) | $46.35 |
| **TOTAL** | **$160,046.35** |

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Retention Order.

**WHEREFORE**, pursuant to the Compensation Order, Houlihan Lokey respectfully requests payment of (i) compensation in the amount of $160,000.00 (80% of $200,000.00) on account of the Monthly Fee, less the fee cap, for actual, reasonable and necessary professional services rendered to the Debtors by Houlihan Lokey and (ii) reimbursement of actual and necessary costs and expenses in the amount of $46.35 incurred on behalf of the Debtors by Houlihan Lokey, for a total payment of $160,046.35.

Dated: November 20, 2026

**HOULIHAN LOKEY CAPITAL, INC.**

*/s/ Daniel Tobin*

Daniel Tobin
225 S 6th St, Suite 4950
Minneapolis, MN 55402
Telephone: 612.215.2264
Email: dtobin@hl.com

*Investment Banker to the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on November 20, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Benjamin L. Wallen*

Benjamin L. Wallen

# Exhibit A

**October 11, 2026 – November 10, 2026 Invoice**

Houlihan Lokey

**Invoice # 186218-4**

**PERSONAL & CONFIDENTIAL**

November 20, 2026

GoldenPeaks Poland Holding Limited
801 Louisiana Street, Suite 368
Houston, TX 77002

Client # 109669
Case # 143329

The Special Committee of the Board of Directors

| | | |
|---|---|---|
| **Professional Fees** | | |
| Monthly Fees due on October 11, 2026 | $ 250,000.00 | |
| Less: Impact of Fee Cap (1) | (50,000.00) | |
| Professional Fees Due | | $ 200,000.00 |
| **Out of Pocket Expenses** | | |
| Travel and Overtime Meals | $ 46.35 | |
| Out of Pocket Expenses Due | | $ 46.35 |
| **TOTAL AMOUNT DUE AND PAYABLE** | | **$ 200,046.35** |

*(1) Assumes fee cap is applicable*

**PAYMENT DUE UPON RECEIPT**

Please Send Checks To:
Houlihan Lokey Capital, Inc.
Accounts Receivable Department
10250 Constellation Boulevard, 5th Floor
Los Angeles, California 90067-6802

Wire Transfer Instructions:
Bank of America
Wire Transfer ABA #026009593
ACH ABA #121000358
fbo Houlihan Lokey Capital, Inc.
Account #1453120593
Swift Code (Int'l Wires Only): BOFAUS3N
Federal ID #95-4024056